## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Dennis W.,

        Plaintiff,

v.

William P. Barr et al,

        Defendants.

Case No. 19-cv-1675 MJD/ECW

**ORDER**

---

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 9, 2020, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Report and Recommendation dated April 9, 2020 [Docket No. 22].

2. Petitioner Dennis W.'s Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DENIED AS MOOT**.

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  April 27, 2020                          s/ Michael J. Davis
                                                                    MICHAEL J. DAVIS
                                                                    United States District Court